Mathew K. Higbee, Esq. SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 713-3013
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
TAMARA WILLIAMS,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TAMARA WAREKA p/k/a TAMARA WILLIAMS,

Plaintiff,

v.

BEAUTY CREATORS LLC, and DOES 1-10, inclusive.

Defendants.

Case No. 2:26-cv-10874

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff, TAMARA WAREKA p/k/a TAMARA WILLIAMS, by and through her undersigned counsel, brings this Complaint against Defendants, BEAUTY CREATORS LLC and DOES 1-10, inclusive, and alleges as follows:

## NATURE OF THE ACTION

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

**PARTIES**

2. Tamara Wareka p/k/a Tamara Williams ("Plaintiff" or "Williams") is an individual and professional photographer residing in Germany.

3. Defendant Beauty Creators LLC ("Beauty Creators") is a California professional corporation with a principal place of business at 1722 Westwood Blvd., Ste. 201, Los Angeles, CA 90024.

4. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes, and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants, and all fictitiously named Defendants.

5. For the purposes of this Complaint, unless otherwise indicated, "Defendants" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

6. This Court has original subject matter jurisdiction over Plaintiff's copyright claims pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338(a) (copyrights).

7. This Court has personal jurisdiction over Defendants because Defendants have a physical presence in the State of California and/or Defendants transact business in the State of California.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)-(d) and/or §1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred and/or this civil action arises under the Copyright Act of the United States, and Defendants or their agents reside or may be found in this judicial district.

## FACTUAL ALLEGATIONS

9. Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her natural and clean portraiture featured on her highly popular Instagram account, @tamarawilliams, which has amassed almost 600,000 followers.

10. Williams' work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Clare, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more. Additionally, her work has been used commercially by brands such as NARS, KKW, Fenty, and Benefit.

11. Tamara Williams' livelihood depends on receiving compensation for the photographs she produces, and the copyright protection afforded to Tamara Williams' work is intended to deter would-be infringers from copying and profiting from her work without permission.

12. Williams is the sole author and exclusive rights holder to a close-up beauty photograph of a blue-eyed model with freckles, sporting a deep red lip ("Beauty Photograph").

13. Attached as Exhibit A is a true and correct copy of the Beauty Photograph.

14. Williams registered the Beauty Photograph with the United States Copyright Office under Registration Number VA 2-178-320 with an Effective Date of Registration of November 5, 2019.

15. Attached hereto as Exhibit B is a true and correct copy of the Copyright Registration Certificate for the Beauty Photograph.

16. Defendant Beauty Creators is a cosmetic tattoo and permanent makeup studio offering services such as tattooed eyeliner, tattooed freckles, scar camouflage, and more. *See generally* www.yourbeautycreators.com.

17. Defendant Beauty Creators manages, maintains, and controls the website www.yourbeautycreators.com ("Defendant's Website").

18. At all relevant times, the Defendant's Website was available throughout the State of California, the United States, and the world.

19. Upon information and belief, the Defendant's Website generates content

for commercial purposes to market and promote Defendant's services, and to increase customer base and revenue for the Defendant and its owners.

***Defendant's Unauthorized Use of the Beauty Photograph and Willful Infringement***

20. On or about January 6, 2026, Williams discovered her Beauty Photograph being used on Defendant's Website, on a page listing services and prices through which viewers can book such services, next to a service offering for tattoo freckles ("Infringing Use").

21. Attached hereto as Exhibit C are true and correct screenshots Infringing Use on the Defendant's Website.

22. The purpose of the use of the Beauty Photograph in the Infringing Use was to provide high-quality and aesthetically pleasing content on the Defendant's Website congruent with Defendant's marketing goals, to assist users in visualizing the results of Defendant's services, and to entice users to utilize the Defendant's services.

23. Williams does not have a record of the Beauty Photograph being licensed to Beauty Creators, nor did Williams grant Beauty Creators permission or authorization to use, make a copy of, or publicly display the Beauty Photograph on the Defendant's Website or as promotional content for Beauty Creators.

24. Beauty Creators (including its employees, agents, contractors or others over whom it has responsibility and control) created an unauthorized copy of the Beauty Photograph and caused it to be uploaded to and displayed on Defendant's Website.

25. Beauty Creators (including their agents, contractors or others over whom they have responsibility and control) willfully used, displayed, published, and otherwise held out to the public Williams' original and unique Beauty Photograph in order to acquire direct financial benefit, through revenue from the sales of Defendant's Services, from the use of the Beauty Photograph.

26. After discovering the unauthorized use of the Beauty Photograph, Williams, through counsel, reached out to Defendants in an attempt to resolve this matter but the parties were unable to do so.

## CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101, *et seq.*

27. Williams incorporates by reference all the above paragraphs of this Complaint as though fully stated herein.

28. Williams owns a valid copyright in the Beauty Photograph.

29. Williams registered the Beauty Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. Defendants (including the employees, agents, contractors or others over whom they have responsibility and control) copied and displayed Williams' unique and original Beauty Photograph without Williams consent or authorization in violation of 17 U.S.C. § 501.

31. Defendants (including the employees, agents, contractors or others over whom they have responsibility and control) willfully and deliberately infringed upon

Williams' rights in her copyrighted Beauty Photograph in violation of 17 U.S.C. § 501 of the U.S. Code because, *inter alia,* Defendants knew, or should have known, they did not have a legitimate license or permission to use Beauty Photograph.

32. As a result of Defendants' violations of Title 17 of the U.S. Code, Williams has sustained significant injury and irreparable harm.

33. As a result of Defendants' violations of Title 17 of the U.S. Code, Williams is entitled to any actual damages and profits attributable to the infringement, pursuant to 17 U.S.C. §504(b), or at Williams' election, statutory damages in an amount pursuant to 17 U.S.C. § 504(c).

34. As a result of the Defendants' violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs from Defendant as well as reasonable attorney's fees pursuant to 17 U.S.C § 505.

35. Williams is also entitled to injunctive relief to prevent or restrain infringement of the copyright in her Beauty Photograph pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Williams prays for judgment against Defendants, jointly and severally, as follows:

- For a finding that Defendants infringed Williams' copyright interest in the Beauty Photograph by copying and displaying it without a license or consent;
- For an award of actual damages and disgorgement of all of profits attributable to the copyright infringement, as provided by 17 U.S.C. § 504(b), in an amount to be proven or, in the alternative, and at Williams' election, an award for statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(c);
- For costs of litigation and reasonable attorney's fees pursuant to 17 U.S.C. § 505;
- For prejudgment and post judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: September 23, 2026

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Bar No. 24076924
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 713-3013
(714) 597-6559 facsimile
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff Tamara Williams hereby demands a trial by jury in the above matter.

Dated: September 23, 2026

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 713-3013
(714) 597-6559 facsimile
*Counsel for Plaintiff*